### VANDERWYDE v. DENNO.
**No. 118, Docket 22827.**

United States Court of Appeals
Second Circuit.

Argued Jan. 4, 1954.

Decided Jan. 21, 1954.

Writ of Certiorari Denied
April 12, 1954.

See 74 S.Ct. 646.

Rudolph Stand, New York City, for petitioner-appellant.

Nathaniel L. Goldstein, Atty. Gen. of New York, Wendell P. Brown, Sol. Gen., Albany, N. Y., Samuel A. Hirshowitz, Asst. Atty. Gen., Theodore P. Halperin, Deputy Asst. Atty. Gen., New York City, Frank S. Hogan, Dist. Atty., New York County, New York City, Richard G. Denzer and Paul A. Stone, Asst. Dist. Attys., New York City, of counsel, for respondent.

Before CHASE, Chief Judge, CLARK, Circuit Judge, and GIBSON, District Judge.

PER CURIAM.

 Order affirmed on opinion below. D.C. 113 F.Supp. 918.